UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 NOV -7 PM 3:20

CLERK
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

JEAN RICHARD AUDATE,
Defendant.

Docket No. 2:24-CR-7

## SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT ONE

From in or about early 2023 through in or about late 2023, in the District of Vermont and elsewhere, the defendant, JEAN RICHARD AUDATE, did knowingly combine, conspire, and agree with P.A. and other persons known and unknown, to commit an offense against the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is monetary funds, knowing that the transactions were designed in whole or in part to promote the carrying on of the specified unlawful activity, namely, wire fraud, in violation of 18 U.S.C. § 1343, and that while conducting and attempting to conduct such financial transactions knew that the monetary funds involved in the financial transactions represented the proceeds of some form of unlawful activity.

(18 U.S.C. §§ 1956(h), 1956(a)(1)(A)(i))

*Nikolas P. Kerest* (by NTB)

NIKOLAS P. KEREST
United States Attorney
Burlington, Vermont
Novemberp 7, 2024